UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 19-20073

vs.                                       HON. MARK A. GOLDSMITH

REGINALD A. ADDISON,

      Defendant.
_____/

## ORDER
## DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (Dkt. 17) AS MOOT

      The Court received a letter from Defendant Reginald A. Addison on June 15, 2020, which the Court construed as a motion for compassionate release (Dkt. 17) due to the impact of the COVID-19 pandemic. The Government filed a response on June 29, 2020, representing the Defendant was released on that same day (Dkt. 20). The Bureau of Prisons' website confirms the same. Therefore, Defendant's motion for compassionate release is denied as moot.

      SO ORDERED.

Dated: July 23, 2020                              s/Mark A. Goldsmith
     Detroit, Michigan                        MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 23, 2020.

                                                      s/Karri Sandusky
                                                     Case Manager